IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ANTHONY THAMES MARTINII, JACINDA THAMES MARTIN, DAVEON JACKSON, ANTHONY THAMES MARTINIII, AND ALIJAH THAMES MARTIN, individually; | 8:15CV418 |
|---|---|
| Plaintiffs, | **ORDER** |
| vs. | |
| KJH ENTERPRISES, LLC, a Nebraska Limited Liability Corporation; KEVIN HURT, AND individually; and JENNIFER HURT, individually; | |
| Defendants. | |

Plaintiffs have filed a motion to extend certain deadlines in this case. ([Filing No. 27](#)). The Defendants do not oppose the motion.

IT IS ORDERED that the progression order is amended as follows:

1) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

   | | |
   |---|---|
   | For the plaintiffs: | September 23, 2016. |
   | For the defendants: | September 23, 2016. |
   | For plaintiffs' rebuttal: | October 7, 2016. |

2) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 21, 2016.

3) The parties shall comply with all other stipulations and agreements recited in previous progression orders that are not inconsistent with this order.

Dated this 23rd day of June, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge