IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY THAMES MARTINII, JACINDA THAMES MARTIN, DAVEON JACKSON, ANTHONY THAMES MARTINIII, AND ALIJAH THAMES MARTIN, individually; <br><br> Plaintiffs, <br><br> vs. <br><br> KJH ENTERPRISES, LLC, a Nebraska Limited Liability Corporation; KEVIN HURT, AND individually; and JENNIFER HURT, individually; <br><br> Defendants. | **8:15CV418** <br><br> **ORDER** |

Parties have filed a joint motion to extend certain deadlines in this case. (Filing No. 30).

IT IS ORDERED that the progression order is amended as follows:

1)    The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on July 10, 2017, or as soon thereafter as the case may be called, for a duration of three (3) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.   Jury selection will be held at the commencement of trial.

2)    The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on June 27, 2017 at **1:00 p.m.**, and will be conducted by WebEx conferencing.   The instructions and codes for participating in the pretrial conference by WebEx can be found at filing no. 15.   The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 23, 2017.

3)    The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is December 16, 2016.  Motions to

compel Rule 33 through 36 discovery must be filed by December 30, 2016 **Note:**   Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4)   The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiffs:                     January 13, 2017.
>
> For the defendants:                  January 13, 2017.
>
> For the plaintiffs' rebuttal:        February 17, 2017.

5)   The deposition deadline is March 17, 2017.

6)   The deadline for filing motions to dismiss and motions for summary judgment is March 31, 2017.

7)   The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 15, 2017.

8)   Motions in limine shall be filed five business days prior to trial.   It is not the normal practice to hold hearings on motions in limine or to rule on them in advance.   Counsel should plan accordingly.

9)   The parties shall comply with all other deadlines that are not inconsistent with this order.

10)   Further extensions will not be granted absent a substantial showing of good cause.

September 29, 2016.

> BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge

2