## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY THAMES MARTIN II, et al., | |
| Plaintiffs, | 8:15-CV-418 |
| vs. | JUDGMENT |
| KJH ENTERPRISES, LLC, et al., | |
| Defendants. | |

On the parties' Joint Stipulation and Motion to Dismiss (filing 38), this action is dismissed with prejudice, each party to bear its own costs, and complete record waived.

Dated this 3rd day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge